UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO GARCIA,<br><br>           Plaintiff,<br><br>      v.<br><br>DG STRATEGIC VII, LLC,<br><br>           Defendant. | Case No. 1:23-cv-01514-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING CASE MANAGEMENT DEADLINES AS MODIFIED<br><br>(Doc. 19) |

**Background**

On July 28, 2023, Plaintiff Ignacio Garcia ("Plaintiff") initiated this action with the filing of a complaint in Kern County Superior Court against Defendant DG Strategic VII, LLC ("Defendant") alleging thirteen separate claims arising from Plaintiff's employment with Defendant and his termination. (Doc. 1). Defendant removed the action to this Court on October 23, 2023. (*Id.*).

A scheduling order for this matter issued on January 24, 2024. (Doc. 10). Among other things, the scheduling order set the deadline to file dispositive motions for December 20, 2024.

At the parties' joint request, on June 27, 2024, the Court set a settlement conference for September 24, 2024, before the undersigned. (Docs. 12, 13). Upon agreement of the parties, the settlement conference was reset to January 14, 2025, before the undersigned. (Docs. 17, 18).

///

**Stipulated Request to Continue Case Management Deadlines**

Pending before the Court is the parties' stipulation to continue case management deadlines due to the upcoming settlement conference set for January 14, 2025.[1] (Doc. 19). The parties represent that it is in the best interests of the parties and the Court to conserve resources that might be spent on dispositive motions—with an upcoming filing deadline on December 20, 2024—to be directed towards a possible settlement at the upcoming settlement conference. (*Id.* at 2). The parties believe that an approximately three-month continuance of the deadline for filing dispositive motions, the trial date, and related deadlines will allow the parties to focus on resolving this case at the upcoming settlement conference "while preserving the [p]arties' respective rights to file dispositive motions in the event a settlement is [not] reached." (*Id.*). The parties represent there have been no previous continuances to the dispositive motion filing deadline or the trial date. (*Id.*).

The Court agrees under the circumstances that economy of resources warrants a brief continuance of the deadline to file dispositive motions. However, the parties fail to demonstrate with any specificity why a three-month extension of the motion filing deadline is necessary or warranted. Instead, to permit the parties sufficient time to complete preparation of any dispositive motions, the Court will extend the filing deadline by 21 days following the settlement conference.

**Conclusion and Order**

Accordingly, for good cause appearing as set forth above, IT IS HEREBY ORDERED, the scheduling order (Doc. 10) is modified only as set forth below:

1. Dispositive motion filing deadline: **February 4, 2025**.
2. Dispositive motion hearing date: **March 18, 2025**.
3. Pretrial conference: **May 13, 2025**.
4. Trial date: **July 8, 2025**.

---

[1] The parties misdate the rescheduled settlement conference for January 24, 2025, throughout the instant stipulated request. However, according to the minute order the undersigned issued on October 1, 2024, the settlement conference is reset to January 14, 2025, at 10:00 AM in Bakersfield before the undersigned. (Doc. 18).

The parties are reminded of their obligation that at least 21 days before the settlement conference, Plaintiff shall submit to Defendant via fax or email, a written itemization of damages and a meaningful settlement demand which includes a brief explanation of why such a settlement is appropriate.  Thereafter, no later than 14 days before the settlement conference, Defendant shall respond, via fax or e-mail, with an acceptance of the offer or with a meaningful counteroffer which includes a brief explanation of why such a settlement is appropriate.  If settlement is not achieved, each party shall attach copies of their settlement offers to their Confidential Settlement Conference Statement (described further in the Scheduling Order and Order Setting Settlement Conference).  (*See* Doc. 10 at 6-7; Doc. 13 at 2).

IT IS SO ORDERED.

Dated:   **December 11, 2024**

UNITED STATES MAGISTRATE JUDGE